FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 2 - 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CORRADO PISCAZZI, on behalf of himself
and all others similarly situated,

Plaintiffs,

-against-

MCCARTHY, BURGESS & WOLFF, INC.,

Defendant.

Case No. 1:18-cv-04805-ARR-JO

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       November 1, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@cml.legal

*Attorney for Plaintiff*

By: /s/ Howard J. Smith
Howard J. Smith
Marshall Dennehey Warner
Coleman and Goggin, PC
Wall Street Plaza
88 Pine St., 21st Floor
New York, NY 10005-1801
Tel: (212) 376-6494
HJSmith@mdwcg.com
*Attorney for Defendant*

So ordered. /s/(ARR)